UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA SAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB CO.,<br><br>　　　　Defendant. | Civil Action No. 12-4178 (AET)<br><br>ORDER |

**THIS MATTER** having come before the Court on **March 12, 2013**, for a telephone status conference; Natalia V. Shishkin, Esq., of The Nirenberg Law Firm, LLC, appearing on behalf of Plaintiff Anna Sac; and Rene M. Johnson, Esq., and Terry D. Johnson, Esq., of Morgan, Lewis & Bockius, LLP, appearing on behalf of Defendants Bristol-Myers Squibb Co. and Katherine R. Kelly; and for good cause shown,

**IT IS** on this **13th** day of **March, 2013,**

**ORDERED** that the parties shall submit their position statements regarding HIPAA authorizations and medical discovery by no later than **March 20, 2013**; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on **April 15, 2013 at 11:30 a.m**. Defendants are to initiate the call. The parties are to confer prior to the call and agree upon a schedule.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**